ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Mayflower Communications Company, Inc. | ) ASBCA No. 63859 |
| | ) |
| Under Contract No.  W56JSR-20-D-0021 | ) |
| Delivery Order Nos. W56JSR-20-F-0126 | ) |
|                            W56JSR-21-F-0020 | ) |

APPEARANCE FOR THE APPELLANT:        Edmund M. Amorosi, Esq.
                                                                    Haynes and Boone, LLP
                                                                    Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:      Dana J. Chase, Esq.
                                                                    Army Chief Trial Attorney
                                                                    CPT Blaine L. Hutchison, JA
                                                                    LTC Nolan Koon, JA
                                                                    Trial Attorneys

ORDER OF DISMISSAL

The parties have jointly requested that this appeal be dismissed without prejudice. Accordingly, the appeal is hereby dismissed without prejudice. Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated:  April 9, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63859, Appeal of Mayflower Communications Company, Inc., rendered in conformance with the Board's Charter.

Dated:  April 9, 2024

_for Jammye D. Abbott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals